EDWIN DAVIS et al., Appellants, v SOUTH NASSAU COMMUNITIES HOSPITAL et al., Respondents.

Submitted February 9, 2015; decided February 12, 2015

Motion by the Medical Society of the State of New York et al. for leave to appear amici curiae on the appeal herein granted

only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judges STEIN and FAHEY taking no part.